No. PD-1477-15

IN THE
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS

BENNIE JOHNSON, JR.

V.

THE STATE OF TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 13 2015

Abel Acosta, Clerk
FILED IN
COURT OF CRIMINAL APPEALS

NOV 13 2015

Abel Acosta, Clerk

From Appeal No. 06-14-00194-CR
Trial Cause No 12F0821-102
Bowie County, Texas

## OMNIBUS MOTION TO SUSPEND NUMBER OF COPIES PURSUANT TO RULES 2 AND 9.3 OF THE TEX. R. APP. P.

TO THE HONORABLE JUSTICES OF THE COURT OF CRIMINAL APPEALS:

COMES NOW, Bennie Johnson, Jr., Appellant-prose. and respectfully moves this court to suspend number of copies. In support of Appellant ("Johnson") would show the following:

## I.

On October 16, 2014, the jury found Johnson guilty of Aggravated Sexual Assault - Texas Penal Code § 22.021. The jury assesed punishment at life imprisonment in the Texas Department of Criminal Justices - Institutional Division.

## II.

Johnson received notice by mail that his appellate attorney, Mr. Derric S. McFarland, filed an <u>Anders</u> brief on his behalf with motion to withdraw as counsel, and that Johnson has a right to file pro se brief, or response, to the <u>Anders</u> brief. This notice was received on April 22, 2015.

## III.

Johnson filed a pro se brief on July 13th, 2015. The Court of Appeals affirmed on October 14th, 2015. Johnson filed for a motion for rehearing on October 22nd 2015. The Court of Appeals overruled motion on November 3, 2015.

## IV.

The Court of CRIMINAL APPEALS has authority to suspend the number of copies on a parties motion or on its own initiative - to expedite a decision or for other good cause - rules operation in a particular case and order a different procedure ... Tex.R.App.P. 2 and 9.3. Johnson is a prisoner at the Stiles Unit in T.D.C.J-ID; Texas prisoners do not have access to copy machines.

# PRAYER

WHEREFORE, PREMISES CONSIDERED,
Johnson prays that this Court grant this
motion to allow him to file an original and
one copy for filing in these proceedings.

Respectfully Submitted,

Bennie Johnson, Jr.

Bennie Johnson, Jr. Pro Se
TDCJ No. 1970053
Mark W. Stiles Unit
3060 FM 3514
Beaumont, Texas 77705

3.

# CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and foregoing Motion to Suspend numbers of copies, has been forward by U.S. Mail, postage prepaid, first class, to the Attorney for State, Jerry D. Rochelle, at 601 Main Street, Texarkana, Tx 75501, and to the State Prosecuting Attorney, P.O. Box 12405, Austin, Tx 78711 on this the 9th day of November, 2015.

Bennie Johnson Jr.
Petitioner. Pro Se

# UNSWORN DECLARATION

I, Bennie Johnson Jr. TDCJ No. 1970053, being presently incarcerated in the Mark W. Stiles Unit of the Texas Department of Criminal Justice in Jefferson County, Texas, verify and declare under penalty of perjury that the foregoing statements are true and correct. Executed on this the 9th day of November 2015.

Bennie Johnson, Jr.
TDCJ No. 1970053

4.